UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JOHN THOMAS ENTLER,                    )
                                       )   No. C12-0962RSL
                    Plaintiff,         )
        v.                             )
                                       )
MICHAEL KNOX, *et al.*,                )   ORDER GRANTING DEFENDANTS'
                                       )   MOTION FOR SUMMARY
                    Defendants.        )   JUDGMENT
_____)

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, plaintiff's objections thereto, defendants' response, and the remaining record,[1] does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. # 14) is GRANTED.

(3) Plaintiff's complaint and this action are DISMISSED with prejudice.

---

[1] The Court finds that this matter can be decided on the papers submitted. Plaintiff's request for oral argument is DENIED.

ORDER GRANTING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Dated this 26th day of September, 2013.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT        -2-